IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| GOLDSTAR INVESTMENT GROUP, LLC, | |
| *Plaintiff*, | CIVIL ACTION FILE NO.: |
| vs. | 4:25-cv-00141-WMR |
| W S M CORPORATION, et al, | |
| *Defendant*. | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

COMES NOW, Nancy Keys ("Mrs. Keys") on behalf of Ronald Keys, deceased, by and through undersigned counsel, and hereby moves this Court for an order extending the time by which Mrs. Keys may file an answer or other responsive pleadings to the Complaint filed by Plaintiff Goldstar Investment Group, LLC ("Goldstar"), and shows the Court the following:

Mrs. Keys is the widow of Ronald Keys, deceased, who was the former Secretary of Defendant W S M Corporation ("WSM"). On June 14, 2025, Mrs. Keys was served with a copy of the Complaint filed in this matter as well as a Summons directed to "WSM Corporation DBA Waco Chemical Supply Company c/o Ronald Keys Registered Agent Attn: Nancy Keys on behalf of Ronald Keyes, Secretary at 4201 Chestnut Trail, Cohutta, GA 30710."

On July 1, 2025, Mrs. Keys employed the undersigned to respond to Goldstar's Complaint on her behalf. Accordingly, pursuant to Fed. R. Civ. P. 12, undersigned counsel has less than a week to research this matter and timely file an answer to Plaintiff's Complaint within the 21-day period prescribed by Fed. R. Civ. P. 12. Additionally, undersigned counsel is scheduled to be out of the country from July 2, 2025, through July 14, 2025, for a planned family vacation. Upon employment by Mrs. Keys, undersigned counsel contacted Martin Shelton, Esq., counsel for Goldstar, who consented to a thirty-day extension of time for Mrs. Keys to file responsive pleadings in this matter. The extension of time requested by Mrs. Keys and, by extension, WSM, will not materially delay this litigation.

WHEREFORE, Nancy Keys, who received delivery of a copy of the Complaint and Summons apparently filed in this matter against WSM, respectfully requests this Court enter an order extending the time for her and WSM to answer or file responsive pleadings to Plaintiff's Complaint for a period of 30 days, meaning WSM's answer or other responsive pleadings must be filed on or before August 4, 2025.

Jointly submitted, this 2nd day of July 2025.

| WELDON LAW FIRM | LEWIS, BRISBOIS, BISGAARD & LEWIS, LLP |
|---|---|
| */s/ Tom D. Weldon, Jr.* <br> Tom D. Weldon, Jr., Esq. <br> Georgia State Bar No. 057843 <br> 201 Evitt Parkway <br> Ringgold, GA 30736 <br> Phone: (706) 965-4007 <br> Fax: (706) 965-4011 <br> Email: tweldon@weldonlawfirm.com <br> Attorneys for Nancy Keys | */s/ Kim Zhang (by Tom D. Weldon, Jr. with expression authorization)* <br> Martin Shelton, Esq. <br> Ga. State Bar No. 640749 <br> Ke "Kim" Zhang, Esq. <br> Ga. State Bar No. 310835 <br> 600 Peachtree St. NE, Suite 4700 <br> Atlanta, GA 30308 <br> Phone: (404) 476-2009 <br> Email: martin.shelton@lewisbrisbois.com <br> Email: kim.zhang@lewisbrisbois.com <br> Attorneys for Goldstar Investment Group, LLC |

## **CERTIFICATE OF COMPLIANCE WITH N.D. GA. LR. 5.1**

I HEREBY CERTIFY that the foregoing document was prepared in compliance with the formatting requirements of N.D. Ga. LR. 5.1.

*/s/ Tom D. Weldon, Jr.*
Tom D. Weldon, Jr., Esq.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER has been served upon all parties in this action as follows:

*Via the CM/ECF electronic filing and service system:*
Martin A. Shelton, Esq.
*martin.shelton@lewisbrisbois.com*
Ke "Kim" Zhang, Esq.
*kim.zhang@lewisbrisbois.com*
Lewis, Brisbois, Bisgaard & Smith LLP
600 Peachtree St. NW, Suite 4700
Atlanta, GA 30308
Attorneys for Plaintiff Goldstar Investment Group, LLC

*Via the CM/ECF electronic filing and service system:*
William J. Sheppard, Esq.
*wsheppard@wwhgd.com*
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, Suite 2400
Atlanta, GA 30326
Attorneys for Defendant Ruby Mason

*Via United States First-Class Mail*
The Estate of Ronald Keys
c/o Rhonda Keys-Malone, Administratrix
4402 Honeysuckle Lane
Cohutta, GA 30701

This 2nd day of July 2025.

*/s/ Tom D. Weldon, Jr.*
Tom D. Weldon, Jr., Esq.