IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| GOLDSTAR INVESTMENT GROUP, LLC, | ) ) ) ) |
| *Plaintiff,* | ) CIVIL ACTION FILE NO.: ) |
| vs. | ) 4:25-cv-00141-WMR ) |
| W S M CORPORATION, et al, | ) ) ) |
| *Defendant.* | ) ) ) |

**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT W S M CORPORATION TO FILE RESPONSIVE PLEADINGS**

THIS MATTER, having come to the Court upon Nancy Keys' and W S M Corporation's ("WSM") and Plaintiff Goldstar Investment Group, LLC's ("Goldstar") Consent Motion for Extension of Time to File Answer, upon the agreement of the parties and for good cause shown, it is:

**HEREBY ORDERED AND ADJUDGED:** The time by which Nancy Keys and WSM must file responsive pleadings to the Complaint filed by Goldstar is hereby extended through and including August 4, 2025.

IT IS SO ORDERED, this _____ day of July, 2025.

_____
HON. WILLIAM M. RAY II
Judge, United States District Court for the
Northern District of Georgia