# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| GOLDSTAR INVESTMENT GROUP, LLC<br><br>    Plaintiff,<br>v.<br><br>WSM CORPORATION, d/b/a<br>WACO CHEMICAL SUPPLY COMPANY;<br>RUBY MASON as administratrix of the<br>Estate of STEVEN MASON individually<br>and as an owner of WSM CORPORATION;<br>RHONDA KEYS MALONE as<br>administratrix of the Estate of RONALD<br>KEYS individually and as an owner of<br>WSM CORPORATION; and John Does 1-5<br><br>    Defendants.<br>                                                         / | Case No. 4:25-cv-00141-WMR |

## **NOTICE OF APPEARANCE**

Irina Khasin of the law firm of Greenberg Traurig, P.A., appears as counsel for Defendant Rhonda Keys Malone, as Administratrix of the Estate of Ronald Keys, and requests copies of all pleadings, papers, orders, letters, emails, and other documents that are filed or served in this case.

    Counsel's name:       Irina Khasin
    Primary email address:   irina.khasin@gtlaw.com
    Secondary email address: farrark@gtlaw.com

Dated: July 2, 2025

Respectfully submitted,

/s/Irina Khasin
David B. Weinstein (FBN 604410)*
weinsteind@gtlaw.com
Irina Khasin (GBN 583088)
irina.khasin@gtlaw.com
Brian Porter (FBN 0120282)*
porterb@gtlaw.com
**GREENBERG TRAURIG, P.A.**
Bank of America Plaza
101 E. Kennedy Blvd., Suite 1900
Tampa, FL  33602
(813) 318-5700 – Telephone
(813) 318-5900 – Facsimile

*\* Pro Hac Vice Application Forthcoming*

Michael King (GBN 421160)
kingm@gtlaw.com
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road NE Suite 2500
Atlanta, GA 30305
(678) 553-2100 – Telephone
(678) 553-2212 – Facsimile

*Attorneys for Defendant Rhonda Keys Malone, as administratrix for the estate of Ronald Keys*