IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| GOLDSTAR INVESTMENT GROUP, LLC, <br><br>*Plaintiff*, <br><br>vs. <br><br>W S M CORPORATION, et al, <br><br>*Defendant*. | CIVIL ACTION FILE NO.: <br><br>4:25-cv-00141-WMR |

**DEFENDANT NANCY KEYS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Defendant Nancy Keys ("Mrs. Keys"), by and through undersigned counsel, and, pursuant to Fed. R. Civ. P. 7.1 and LR N.D. Ga. 3.3, hereby submits her Certificate of Interested Parties and Corporate Disclosure Statement, as follows:

1. The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

   1. **Goldstar Investment Group, LLC, a Georgia Limited Liability Company (Plaintiff);**

2. W S M Corporation d/b/a Waco Chemical Supply Co., a Georgia Limited Liability Company administratively dissolved on December 15, 2015 (Defendant);
3. Rhonda Keys-Malone, as the Administratrix of the Estate of Ronald Keys (Defendant);
4. Ruby Mason, as the Administratrix of the Estate of Steven Mason (Defendant);
5. John Doe nos. 1-5 (Defendants).

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**Amin Ali, the alleged owner/operator of Goldstar Investment Group, LLC.**

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

**For Plaintiff Goldstar Investment Group, LLC:**

Martin A. Shelton, Esq.
Ke "Kim" Zhang, Esq.
Lewis, Brisbois, Bisgaard & Smith LLP
600 Peachtree St. NW, Suite 4700
Atlanta, GA 30308

**For Defendant Ruby Mason:**

William J. Sheppard, Esq.
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, Suite 2400
Atlanta, GA 30326

**For Defendant Rhonda Keys-Malone:**

    Michael J. King, Esq.
    David B. Weinstein, Esq.
    Irina Khasin, Esq.
    Brian Porter, Esq.
    Greenberg Traurig, P.A.
    3333 Piedmont Rd. NE, Terminus 200, Suite 2500
    Atlanta, GA 30305

**For Nancy Keys, who is not a named party but who was served with process in this matter purportedly as a representative of Defendant W S M Corporation d/b/a Waco Chemical Supply Co.:**

    Tom D. Weldon, Jr., Esq.
    Weldon Law Firm
    201 Evitt Pkwy.
    Ringgold, GA 30736

    4.    The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

    **Not applicable.  Federal jurisdiction is alleged by the Plaintiffs to be based on a federal question and not on the diversity of the parties.**

    Respectfully submitted, this 24th day of July 2025.

                                      WELDON LAW FIRM

                                      */s/ Tom D. Weldon, Jr.*
                                      Tom D. Weldon, Jr.
                                      Georgia State Bar No. 057843
                                      Attorneys for Nancy Keys

Weldon Law Firm
201 Evitt Parkway
Ringgold, GA 30736
(706) 965-4007

## CERTIFICATE OF COMPLIANCE WITH N.D. GA. LR. 5.1

I HEREBY CERTIFY that the foregoing document was prepared in compliance with the formatting requirements of N.D. Ga. LR. 5.1.

*/s/ Tom D. Weldon, Jr.*
Tom D. Weldon, Jr., Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing DEFENDANT NANCY KEYS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT has been served upon all parties in this action via the CM/ECF system, as follows:

Martin A. Shelton, Esq.
*martin.shelton@lewisbrisbois.com*
Ke "Kim" Zhang, Esq.
*kim.zhang@lewisbrisbois.com*
Lewis, Brisbois, Bisgaard & Smith LLP
600 Peachtree St. NW, Suite 4700
Atlanta, GA 30308
Attorneys for Plaintiff Goldstar Investment Group, LLC

William J. Sheppard, Esq.
*wsheppard@wwhgd.com*
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, Suite 2400
Atlanta, GA 30326
Attorneys for Defendant Ruby Mason

Michael J. King, Esq.
*kingm@gtlaw.com*
David B. Weinstein, Esq.
*weinsteind@gtlaw.com*

Irina Khasin, Esq.
*irina.khasin@gtlaw.com*
Brian Porter, Esq.
*porterb@gtlaw.com*
Greenberg Traurig, P.A.
3333 Piedmont Rd. NE
Terminus 200, Suite 2500
Atlanta, GA 30305

This 24th day of July 2025.

                                        */s/ Tom D. Weldon, Jr.*
                                        Tom D. Weldon, Jr., Esq.